IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. COWENS,

        Plaintiff,                      2:08-cv-2747-GEB-JFM-PC

   vs.

SACRAMENTO COUNTY JAIL,

        Defendants.              ORDER

_____/

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 26, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility

///

1

1  to keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f),

2  service of documents at the record address of the party is fully effective.

3         The court has reviewed the file and finds the findings and recommendations to be

4  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

5  ORDERED that:

6         1. The findings and recommendations filed February 26, 2009, are adopted in

7  full; and

8         2. This action is dismissed without prejudice.  See Local Rule 11-110;

9  Fed. R. Civ. P. 41(b).

10  Dated:  March 27, 2009

11

12  _____
    GARLAND E. BURRELL, JR.
13  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26